FLORIDA EAST COAST RAILWAY COMPANY, *Appellant*, v. STATE OF FLORIDA BY FLORIDA RAILROAD COMMISSION, *Appellee.*

Opinion filed May 5, 1919.

An Appeal from the Circuit Court for Duval County; Daniel A. Simmons, Judge.

Affirmed.

*W. A. Blount,* for Appellant;

*Dozier A. DeVane,* for Appellee.

ELLIS, J.—This case and another resting upon the alleged violation of Rule 19 prescribed by the Railroad Commissioners were consolidated for the purposes of the hearing in this court. It being agreed between counsel that the questions in the two cases are identical.

The decree in this case is affirmed upon the authority of the decision this day rendered in the companion case.

Decree affirmed.

All concur.